

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :     INDICTMENT

          -v.-                    :     08 Cr.

EMILIO GERMONSEN,                 :

          Defendant.              :

- - - - - - - - - - - - - - - - -X

COUNT ONE

The Grand Jury charges:

On or about February 20, 2008, in the Southern District of New York, EMILIO GERMONSEN, the defendant, unlawfully, willfully, and knowingly, being an alien who is illegally and unlawfully in the United States, did possess in and affecting commerce, a firearm, to wit, a loaded Smith & Wesson, 38 caliber revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(5).)

_____                    _____
FOREPERSON                                 MICHAEL J. GARCIA
                                           United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

EMILIO GERMONSEN,

Defendant.

---

**INDICTMENT**

08 Cr.

(18 U.S.C. §§ 922(g)(5))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Foreperson.*

3/20/08 Filed Indictment Case assigned to Judge Marrero

Pitman
U.S.M.J.