```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

             - v. -              :    ORDER

EMILIO GERMONSEN,                :    08 Cr. 252 (VM)

             Defendant.          :

- - - - - - - - - - - - - - - - - -x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on April 21, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         29 April, 2008

                                    THE HONORABLE VICTOR MARRERO
                                    UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-08