

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2008

**BY HAND**

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Emilio Germonsen</u>,
           08 Cr. 252 (VM)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08
```

Dear Judge Marrero:

        The defendant in the above-referenced case pleaded guilty before Magistrate Judge Douglas F. Eaton on April 21, 2008, and Your Honor filed an order accepting his guilty plea on April 29, 2008. Accordingly, the Government requests that a date be set for sentencing before Your Honor. Upon speaking with defense counsel and Your Honor's law clerk, we request that the defendant's sentencing be scheduled for July 31, 2008, at 11:30 a.m.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

        By:                            _____
                                      Mark Lanpher
                                      Assistant United States Attorney
                                      (212) 637-2399

cc:    Matthew Kluger, Esq.

---

Request GRANTED. The sentencing of defendant Emilio Germonsen herein is rescheduled to 7-31-08 at 11:30 a.m.

**SO ORDERED.**

7-17-08
DATE          VICTOR MARRERO, U.S.D.J.