

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-08
```

July 29, 2008

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Emilio Germonsen,
               08 Cr. 252 (VM)

Dear Judge Marrero:

      The defendant in the above-referenced case is currently scheduled to be sentenced before Your Honor on Thursday, July 31, 2008, at 11:30 a.m. To permit the Government to investigate a matter that has arisen with respect to its disclosure obligations, the Government respectfully requests that the sentencing be adjourned. I have spoken with Your Honor's law clerk, and request that the defendant's sentencing be rescheduled for September 12, 2008, at 11:45 a.m.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

           By:

                                        Mark Lanpher
                                        Assistant United States Attorney
                                        (212) 637-2399

cc:    Matthew Kluger, Esq.

---

Request GRANTED. The sentencing of defendant Emilio Germonsen herein is rescheduled to 9-19-08 at 11:00 a.m.

SO ORDERED.

9-29-08
DATE              VICTOR MARRERO, U.S.D.J.

TOTAL P.02